May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

WEIZHONG ZHENG, Appellant

NO. 14-13-01136-CV                    V.

VACATION NETWORK, INC. AND LINH C. DINH, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Vacation Network, Inc. and Linh C. Dinh, signed February 3, 2014, was heard on the transcript of the record.

We have inspected the record and find error in the judgment. We therefore order the portion of the judgment of the court below dismissing appellant, Weizhong Zheng's, claim under the Texas Timeshare Act against appellee, Vacation Network, Inc., and the portion of the judgment awarding $9,806.81 in attorney's fees to appellee, Vacation Network, Inc., be **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order the remainder of the judgment of the court below **AFFIRMED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.